*Wednesday, August 20, 1997*

## MOTION DOCKET

**97–791.   ALLTEL Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI.

This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellee's motion for stay of briefing schedule,

IT IS ORDERED by the court that the motion for stay of briefing schedule be, and hereby is, granted.

RESNICK, J., not participating.